**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE: 714-668-2447
FACSIMILE 714-668-2490

Donald E. Bradley (State Bar No. 145037)
  d.bradley@mpglaw.com

Paul W. Sheldon (TX State Bar # 18191480)
*Admitted Pro Hac Vice*
paul.sheldon@strasburger.com
**STRASBURGER & PRICE LLP**
2801 Network Blvd., Ste 600
Frisco, TX 75034
Telephone: (469) 287-3955
Facsimile: (469) 227-6574

Attorneys for Defendant TRANS UNION LLC

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR ARMENDARIZ, an Individual,<br><br>            Plaintiff,<br><br>     vs.<br><br>EQUIFAX INFORMATION SERVICES LLC, a Corporation; TRANSUNION LLC a Corporation; EOS/CCA, a business entity form unknown;, and DOES 1-10, Inclusive,<br><br>            Defendants. | Case No. CV 12-07311 DDP (PLAx)<br><br>Hon. Dean D. Pregerson, Courtroom 3<br><br>**ORDER ON AGREED STIPULATION FOR DISMISSAL WITH PREJUDICE** |

839280.1

[PROPOSED] ORDER ON AGREED STIPULATION FOR DISMISSAL WITH PREJUDICE

1  Plaintiff Edgar Armendariz and Defendants Equifax Information Services
2  LLC ("Equifax"), Trans Union LLC ("Trans Union"), and COLLECTO, INC. d/b/a
3  EOS CCA ("EOS") have announced to the Court that all matters in controversy
4  between them have been resolved.  Having considered the Agreed Order, the Court
5  makes and delivers the following ruling:
6  IT IS ORDERED that the claims and causes of action asserted herein by
7  Plaintiff Edgar Armendariz against Defendants Equifax, Trans Union, and EOS are
8  in all respects dismissed with prejudice to the refiling of same, with court costs to be
9  paid by the party incurring same.

DATED:  March 22, 2013

_____
**Hon. Dean D. Pregerson**
**United States District Judge**

**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW

839280.1

2

[PROPOSED] ORDER ON AGREED STIPULATION FOR DISMISSAL WITH PREJUDICE